J. Greg Coulter (State Bar No. 016890)
Benjamin G. Selbo (State Bar No. 036141)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue
Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Greg.Coulter@jacksonlewis.com
Benjamin.Selbo@jacksonlewis.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery Pimsner, an individual residing in Maricopa County, | Case No: |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Greystar Management Services, LLC, | |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and LRCiv 3.6, Defendant Greystar Management Services, LLC, formerly known as Greystar Management Services, LP and erroneously named as Greystar Property Mgmt in the matter filed in the Maricopa County Superior Court ("Defendant") removes this Action to the U.S. District Court for the District of Arizona on the following grounds:

1.      Plaintiff Jeffery Pimsner ("Plaintiff") filed this civil action in the Arizona Superior Court, Maricopa County, Case No. CV2024-020611 with the above caption except the Defendant was erroneously named Greystar Property Mgmt.

2. Pursuant to LRCiv 3.6, the following documents are attached as Exhibits A - I and constitute a complete copy of the file in the Arizona Superior Court, Maricopa County file number CV2024-020611:

    a. State court docket (Exhibit A);

    b. Summons – Greystar Property Management (Exhibit B);

    c. Complaint (Exhibit C);

    d. Certificate of Compulsory Arbitration (Exhibit D);

    e. Demand for Jury Trial (Exhibit E);

    f. Civil Coversheet (Exhibit F);

    g. Application for Deferral/Waiver (Exhibit G);

    h. Order Waiving Court Fees and/or Costs (Exhibit H);

    i. Motion for Discovery (Exhibit I).

3. Pursuant to LRCiv 3.6(b), undersigned counsel verifies that, to the best of his knowledge and belief, the documents attached as Exhibits A-I to this notice are true and complete copies of all pleadings and other documents filed in the state court proceeding.

4. Copies of the Summons, Complaint, Certificate of Compulsory Arbitration and Demand for Jury Trial and were served on August 8, 2024.

5. This Notice is being filed within thirty days of Defendant's receipt of service of the Summons and Complaint. Thus, this notice is timely filed under 28 U.S.C. § 1446(b).

6. Contemporaneously with this filing, Defendant is also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the State of Arizona, in the County of Maricopa. Defendant, on this same date, has provided written notice of this filing to Plaintiff, as required under 28 U.S.C. § 1446 and LRCiv 3.6, attached as Exhibit J.

7.      This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (c) based on federal question jurisdiction. Federal question jurisdiction exists because Plaintiff alleges violations of federal law. Specifically, the Plaintiff's Complaint alleges employment discrimination, harassment and retaliation based on federal "Equal Employment Opportunity Laws", "federal anti-discrimination laws" and the "Fair Labor Standards Act ("FLSA")." See Complaint, pgs. 5-6. Plaintiff also specifically alleges he is seeking relief under the authority of several "federal and state employment laws[.] and for violations of Plaintiff's "Employment Rights State and Federal." See Complaint, p. 9. Defendant interprets Plaintiff's complaint as alleging and seeking relief for violations of federal statutes including the FLSA and possibly Title VII of the Civil Rights Act of 1964. Accordingly, this case is a civil action arising under the laws of the United States, that is subject to removal.

8.      Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over the any state law claims which have been alleged by Plaintiff in the Complaint.

9.      Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1441(a) and 1391(a) because the action was filed in this district, and this is the judicial district in which the alleged events giving rise to the claims occurred, specifically the City of Mesa located in Maricopa County, Arizona.

For the foregoing reasons, Defendant removes this case from the Superior Court of the State of Arizona to the United States District Court, District of Arizona.

DATED: September 6, 2024

JACKSON LEWIS P.C.

By: /s/ *J. Greg Coulter*
      J. Greg Coulter
      Benjamin G. Selbo
      Attorneys for Defendant

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.  A copy of the attached document was also sent via U.S. Mail to:

Jeffery Pimsner
622 E. Press Rd.
Queen Creek, AZ 85140
*Plaintiff, Pro Per*

By: /s/ *Susan Stimson*

4883-1481-5197, v. 1

4